Jeffrey M. Pollock
Dominique J. Carroll
**Fox Rothschild LLP**
997 Lenox Drive
Lawrenceville, NJ 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
jmpollock@foxrothschild.com
djcarroll@foxrothschild.com

*Counsel for Non-Party Season 4, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Civil Action No.: _____<br><br>Lead case: 3:19-md-2885 (N.D. Fla.)<br><br>MOTION DATE: October 4, 2021<br><br>**NON-PARTY MOVANT'S NOTICE OF MOTION TO QUASH AND FOR A PROTECTIVE ORDER**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, on October 4, 2021, at 10:00 a.m. or as soon thereafter as counsel may be heard, non-party Season 4, LLC shall move, at the United States District Court for the District of New Jersey in Trenton, New Jersey for an Order granting Season 4's Motion to Quash and for a Protective Order concerning the subpoena issued by defendants 3M Company, 3M Occupational

Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Season 4 shall rely upon the accompanying Brief and the September 3, 2021 Declaration of Dominique J. Carroll, Esq. (and the exhibits thereto).

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the moving party requests oral argument.

Dated: September 3, 2021   Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ *Dominique J. Carroll*
Jeffrey M. Pollock
Dominique J. Carroll
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel.: (609) 896-3600
Fax: (609) 896-1469
jmpollock@foxrothschild.com
djcarroll@foxrothschild.com

*Counsel for Non-Party Season 4, LLC*